# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

The Catholic Benefits Association,
on behalf of its members; and
Bismarck Diocese,

      Plaintiffs,

  v.                                      Case No. 1:24-cv-142

Charlotte Burrows, Chair of the
United States Equal Employment
Opportunity Commission; and
United States Equal Employment
Opportunity Commission,

      Defendants.

---

## Clerk's Minutes of Proceedings

| | |
|---|---|
| The Honorable Daniel M. Traynor | Date:    September 18, 2024 |
| Bismarck, North Dakota | Time:    1:30 pm |
| Court Reporter:  Kristen Keegan | Recess:  2:35 pm |
| Proceeding:  Motion Hearing re: (Doc. 8) | Clerk:    Roxanne Muffenbier |
|     Plaintiffs' Motion for Preliminary Injunction | |

Appearances:

| <u>Attorneys for Plaintiffs</u> | <u>Attorneys for Defendants</u> |
|---|---|
| Andrew Nussbaum | Laura Bakst |
| L. Martin Nussbaum | Alexandra Widas |

Counsel note appearances.
Andrew Nussbaum presents oral argument on behalf of Plaintiffs.
Ms. Bakst presents oral argument on behalf of Defendants.
Ms. Widas presents oral argument on behalf of Defendants.
Andrew Nussbaum presents rebuttal oral argument on behalf of Plaintiffs.
Ms. Widas presents rebuttal oral argument on behalf of Defendants.
Andrew Nussbaum makes further response.
Court takes matter under advisement.
Court in recess.