## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA
## WESTERN DIVISION

---

CHRISTIAN EMPLOYERS ALLIANCE,
on behalf of itself and its members.

        Plaintiffs,

    v.

UNITED STATES EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION; and ANDREA R. LUCAS,
in her official capacity as Acting Chair of
the United States Equal Employment
Opportunity Commission,[1]

        Defendants.

Case No. 1:24-cv-00142

---

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Please take notice that the undersigned attorney, Karima A. Ortolano of the United States

Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the

above-captioned case on behalf of Defendants.

Dated: April 14, 2025

---

[1] Andrea R. Lucas, Acting Chair of the United States of the United States Equal Employment

Opportunity Commission, is substituted for former Chair Charlotte Burrows pursuant to Fed. R.

Civ. P. 25(d).

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

DIANE KELLEHER
Assistant Director

ELIZABETH TULIS
Assistant Branch Director

JACOB SILER
Trial Attorney

*/s/ Karima A. Ortolano*
KARIMA A. ORTOLANO (MA Bar 707575)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 451-7467
Facsimile: (202) 616-8460
Email: karima.ortolano2@usdoj.gov

*Counsel for Defendants*